IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:20-cr-00037-TSL-FKB

CERISSA RENFROE NEAL,
JOSEPH B. KYLES,
DAVID B. HUNT, and
LAMBERT MARTIN

### GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

COMES NOW the United States of America, hereinafter "the Government", requesting that the above-styled matter be unsealed and represents the following:

Revealing the existence of the Indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 26th day of August, 2020.

D. MICHAEL HURST, JR.
UNITED STATES ATTORNEY

By: */s/ THEODORE M. COOPERSTEIN*
THEODORE M. COOPERSTEIN
Assistant United States Attorney