AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| Joseph B. Kyles | ) Case No. 3:20-cr-37-CWR-FKB |
| (Wherever Found) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP - 3 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joseph B. Kyles                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit securities and commodities fraud, to commit wire fraud and to commit bank fraud, Wire Fraud. Engaging in monetary transaction/bribery. Bribery involving federal programs

Date:   02/26/2020

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

City and state:   Jackson, Mississippi

C. Louisville, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/27/20, and the person was arrested on *(date)* 8/26/20
at *(city and state)* MEMPHIS, TN.   For FBI

Date: 8/26/20

*Arresting officer's signature*

SOUSA J. DAVIS
*Printed name and title*